UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: BEXTRA and CELEBREX | MDL Docket No. 1699 |
| MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. CA: 3:05CV4732 |
| | HON. CHARLES R. BREYER |
| This document relates to *Denny Clubb v. Pfizer, Inc. USDC, Southern District of New York Case No. 05CV7588* | |

## STIPULATION AND ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Plaintiff Denny Clubb and Defendant Pfizer, Inc. ("Pfizer"), by their undersigned counsel, hereby stipulate to a dismissal of the above captioned claim without prejudice and with each party bearing its own costs, subject to the following conditions:

1. Plaintiff Denny Clubb agrees that, in the event he re-files a lawsuit against Pfizer relating to his use of Celebrex, such lawsuit will be filed in MDL #1699 pending in the United States District Court for the Northern District of California;

2. Plaintiff Denny Clubb further agrees that in the event he re-files such lawsuit, any discovery that has taken place or will take place in *In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation* (MDL 1699) that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

Plaintiff Denny Clubb agrees to the above-stated conditions and wishes to dismiss his claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Pfizer may have in any litigation. Further, nothing in this stipulation will affect the rights and defenses of any party to this case not specifically named in this pleading.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff Denny Clubb in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

**IT IS SO STIPULATED:**

Dated: June 7, 2006

Seth A. Katz
Burg Simpson Eldredge Hersh & Jardine, P.C.
40 Inverness Drive East
Englewood, CO 80112
Telephone: (303)792-5595
Facsimile: (303)708-0527

Attorneys for Plaintiff Denny Clubb

Dated: 7-11, 2006

Stuart M. Gordon
Gordon & Rees, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415)986-5900
Facsimile: (415)986-8054

Attorneys for Pfizer, Inc.

**IT IS SO ORDERED:**

DATED: July 17, 2006.

IT IS SO ORDERED
Judge Charles R. Breyer